155 F. Supp. 2d 765

3G MERMET FABRIC CORP., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 98–04–00669

(Dated June 26, 2001)

## JUDGMENT

POGUE, *Judge:* This Court having received and reviewed the United States Customs Service results from the parties' voluntary remand of Flockè 11202 fabric, and Customs having complied with this Court's decision in *3G Mermet Fabric Corp. v. United States,* 25 CIT 174, Slip Op. 01–28 (March 13, 2001), in the absence of any argument in opposition thereto, it is hereby

ORDERED that the Remand Results filed by Customs are affirmed in their entirety.